IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **William Loggins,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 11-4307-CV-C-JTM |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## O R D E R

On August 29, 2013, the Court heard oral argument on the *Plaintiff's Motion For Brief Or In The Alternative Motion for Judgment On The Pleadings,* filed November 16, 2012, [Doc. 16] and the *Brief For Defendant*, filed January 30, 2013, [Doc. 19]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                         */s/ John T. Maughmer*
                                                   **JOHN T. MAUGHMER**
                                             **U. S. MAGISTRATE JUDGE**